IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02797-MSK-BNB

VERNON L. HOWARD,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion to Amend Scheduling Order to Extend Discovery Cutoff Deadline** [docket no. 19, filed June 19, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the discovery cutoff is extended to and including **June 28, 2012**, for the sole purpose of taking the discovery deposition of Dr. Scott Sutton.

DATED:  June 20, 2012