IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-02797-MSK-BNB | Date: October 9, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| VERNON L. HOWARD | *Whitney C. Traylor* |
| | *Brice P. Kindred* |
| **Plaintiff(s)** | |
| v. | |
| CITY AND COUNTY OF DENVER | *Robert D. Nespor* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 2:27 p.m.

Appearance of counsel.

Argument presented on [25] Plaintiff's Motion for Sanctions.

**ORDERED:** [25] **Plaintiff's Motion for Sanctions is GRANTED IN PART and DENIED IN PART.**

**Defendant is to retain documents and not disclose for any purpose until a protective order is entered. Parties are to work together and submit a protective order.**

**Defendant is to turn over to Plaintiff's counsel all documents other than those it will use in defense of the claims against it on or before October 17, 2012. Defendant shall not retain any copies of said documents.**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

**Discovery is reopened for the limited purpose of deposing Dr. Sutton. Deposition will be for a maximum of three hours at the expense of the defendant, and shall occur on or before November 16, 2013.**

**Request for fees is DENIED.**

Court in Recess: 2:57 p.m.     Hearing concluded.     Total time in Court: 00:30

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119