IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02797-MSK-BNB

VERNON L. HOWARD,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,

Defendant.

---

## ORDER

---

This matter arises on **Plaintiff's Motion for Sanctions** [Doc. # 25, filed 8/31/2012] (the "Motion for Sanctions").  I held a hearing on the Motion for Sanctions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion for Sanctions [Doc. # 25] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the parties to enter into a protective order to limit the use of the medical records to this proceeding only and limiting to whom the medical records may be shown;

• GRANTED to require the defendant to make a supplemental disclosure of any documents, other than those composing Exhibits M and N to Defendant's Motion for Summary Judgment, which it will use in defense of the claims against it;

• GRANTED to require the defendant to turn over to the plaintiff all copies of

documents produced by Denver Health in response to the subpoena and which the defendant will

not use in defense of the claims against it, and to retain no copies of those documents;

> • GRANTED to allow the plaintiff to reopen the deposition of Dr. Scott Sutton to

inquire about the medical records produced in response to the subpoena; and

> • DENIED in all other respects.

(2)     The proposed protective order shall be submitted to the court for review on or

before **October 17, 2012**; the defendant shall make any supplemental disclosure consistent with

this order on or before **October 17, 2012**; and the defendant shall turn over to plaintiff's counsel

on or before **October 17, 2012**, all copies of documents produced by Denver Health in response

to the subpoena and which the defendant will not use in defense of the claims against it.

(3)     The reopened deposition of Dr. Sutton shall last no more than three hours; shall

be completed on or before **November 16, 2012**; and any fees charged by Dr. Sutton in

connection with the reopened deposition shall be paid by the defendant.

Dated October 9, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge