IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02797-MSK-BNB

VERNON L. HOWARD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#49)** filed August 30, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own costs and attorneys fees.

DATED this 3rd day of September, 2013.

                        **BY THE COURT:**

                        _____

                        Marcia S. Krieger
                        Chief United States District Judge